CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
ERIC R. WOMACK
Assistant Branch Director
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave. NW, Room 7310
Washington, DC  20530
Tel.:  (202) 305-8902
Fax:  (202) 616-8470
Email:  michelle.bennett@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; SIERRA CLUB; CONSUMER FEDERATION OF AMERICA; and TEXAS RATEPAYERS' ORGANIZATION TO SAVE ENERGY, <br><br> Plaintiffs, <br><br> v. <br><br> RICK PERRY, in his official capacity as Secretary of the United States Department of Energy; and the UNITED STATES DEPARTMENT OF ENERGY, <br><br> Defendants. | Case No.: 17-cv-03404-VC <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** <br><br> No hearing requested |

Pursuant to Federal Rule of Civil Procedure 42(a), plaintiffs and defendants, through their respective counsel, hereby stipulate to consolidation of the above-captioned action and *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.), subject to the Court's approval.  As

explained in a similar Stipulation and [Proposed] Order Consolidating Cases filed in *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.), the plaintiffs in that case also agree to consolidation of the two cases.

1. Federal Rule of Civil Procedure 42(a)(2) permits consolidation of actions that "involve a common question of law or fact." This case and *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.) involve common questions of law or fact. Plaintiffs in both cases raise the same claims against the same defendants. In particular, plaintiffs allege that the U.S. Department of Energy and Secretary of Energy Rick Perry violated the Energy Policy and Conservation Act, the Administrative Procedure Act, and the Federal Register Act by failing to publish final rules setting forth energy-efficiency standards for four categories of consumer products and industrial equipment.

2. This Court previously determined that the two cases are related under Civil L.R. 3-12, because, *inter alia*, they concern substantially the same parties, property, transaction or event and there would likely be an unduly burdensome duplication of labor and expense if the cases were conducted before different district judges. *See* ECF No. 27; *California*, No. 4:17-cv-03406-VC, ECF No. 48.

3. The cases raise identical claims against the federal government, and thus, consolidation will avoid duplicative proceedings and save time and effort for the parties and the Court. Consolidation will allow the parties to benefit from coordinated briefing schedules and proceedings and permit the Court to resolve issues that arise in both cases in a single decision. Moreover, consolidation will not result in any inefficiency, delay, or expense, because the two cases were initiated at almost the same time, defendants have not yet responded to the complaints, and the cases already are assigned to the same district judge. *See, e.g.*, *BizCloud, Inc. v. Computer Sciences Corp.*, No. C-13-05999 JCS, 2014 WL 1724762, at *2 (N.D. Cal. Apr. 29, 2014) (ordering consolidation under similar circumstances).

Accordingly, IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, subject to the Court's approval, that *Natural Resources Defense Council v. Perry*, No. 3:17-cv-

03404-VC (N.D. Cal.) and *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.) shall be consolidated pursuant to Federal Rule of Civil Procedure 42(a)(2).  Each set of plaintiffs shall be permitted to file separate motions and briefs, and independently make other litigation decisions. Defendants shall be permitted to file separate motions and briefs in the respective cases, as needed.  Because *Natural Resources Defense Council v. Perry*, No. 3:17-cv-03404-VC (N.D. Cal.) was filed first, it shall be the lead case for all future filings.

Dated: August 15, 2017

/s/ Jennifer A. Sorenson
JENNIFER A. SORENSON (SBN 268665)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6164
Fax: (415) 795-4799
E-mail: jsorenson@nrdc.org

AARON COLANGELO, *pro hac vice*
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (415) 795-4799
E-mail: acolangelo@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

/s/ Timothy D. Ballo
TIMOTHY D. BALLO, *pro hac vice*
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Telephone: (202) 745-5209
Fax: (202) 667-2356
E-mail: tballo@earthjustice.org

GREGORY C. LOARIE (SBN 215859)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Fax: (415) 217-2040
E-mail: gloarie@earthjustice.org

*Counsel for Plaintiffs Sierra Club,
Consumer Federation of America, and
Texas Ratepayers' Organization to Save Energy*

Dated: August 15, 2017

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

ERIC R. WOMACK
Assistant Branch Director

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7310
Washington, DC 20530
Tel:  (202) 305-8902
Fax:  (202) 616-8470
Email:  michelle.bennett@usdoj.gov

*Counsel for Defendants*

\*   \*   \*   \*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that *Natural Resources Defense Council v. Perry*, No. 3:17-cv-03404-VC (N.D. Cal.) and *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.) are consolidated under Federal Rule of Civil Procedure 42(a)(2). Each set of plaintiffs shall be permitted to file separate motions and briefs, and independently make other litigation decisions. Defendants shall be permitted to file separate motions and briefs in the respective cases, as needed. *Natural Resources Defense Council v. Perry*, No. 3:17-cv-03404-VC (N.D. Cal.) shall be the lead case for all future filings.

Dated: _____

                                                      _____
                                                      HON. VINCE CHHABRIA
                                                      United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

I also certify that I sent the foregoing document, via email, to all counsel of record who are registered on the CM/ECF system in *California v. Perry*, No. 4:17-cv-03406-VC (N.D. Cal.).

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)