UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICK PERRY, et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-03404-VC<br><br>**ORDER DENYING MOTION TO STAY BRIEFING AND REFER FEE PETITION TO ADR**<br><br>Re: Dkt. No. 127 |

　　　　The state plaintiffs' motion to stay briefing and refer the dispute regarding attorney's fees to ADR is denied.

　　　　**IT IS SO ORDERED.**

Dated: July 22, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge